In the Matter of Acquiring Title by the CITY OF NEW YORK to Land for Bridge Purposes.

In the Matter of the Application of JOHN T. MURPHY, Respondent, for an Order Directing the Comptroller of the City of New York to Pay over the Balance of an Award.

REALTY PROTECTIVE COMPANY, Appellant.

Reported below, 146 App. Div. 125.
(Argued November 20, 1911; decided November 28, 1911.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1911, which reversed an order of Special Term denying a motion for an order directing the payment of the balance of an award theretofore made in condemnation proceedings against which a lien had been filed.

The motion was made upon the ground that the order appealed from was an intermediate one and that permission to appeal had not been obtained.

*Joseph W. Murphy* for motion.

*Isidor Wels* opposed.

Motion denied, with ten dollars costs.